UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 88-mc-03570-MEJ |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: CONTINUING GARNISHMENT** |
| PHYLLIS A. PIPPINS, | Re: Dkt. No. 15 |
| Defendant. | |

Phyllis Pippins has filed a request to lower the biweekly garnishment payments ordered in this case from $360.00 to $180.00. Dkt. No. 15. The Court ORDERS the parties to meet and confer by April 22, 2015, to determine whether they can reach an agreement regarding Pippins' request. If so, the parties shall file a stipulation and proposed order. If not, the government shall file any opposition by April 29, 2015.

**IT IS SO ORDERED.**

Dated: April 8, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge