1 | MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
2 | P.O. Box 129
Alameda, CA  94501
3
Telephone:  (510) 523-4702
4 | Facsimile:   (510) 747-1640

5 | Attorney for Plaintiff
United States of America
6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         NO.  C-88-3570 M MEJ

12 |        Plaintiff,
       v.
13 |                                  STIPULATED ORDER OF
PHYLLIS A. PIPPINS aka              CONTINUING GARNISHMENT
14 | PHYLLIS ROBERSON,                  AMENDING ORDER OF CONTINUING
                                    GARNISHMENT ENTERED
15 |        Defendant,                  SEPTEMBER 29, 2014, docket # 14

16 |    and

17 | THE ARC OF ALAMEDA COUNTY,

18 |        Garnishee.         /

19 | **IT IS HEREBY STIPULATED** by and between Judgment Creditor, United States of America, and Judgment Debtor, PHYLLIS A. PIPPINS aka PHYLLIS ROBERSON, that garnishee, THE ARC OF ALAMEDA COUNTY, withhold $100.00 from each bi-weekly pay period from Judgment Debtor's non-exempt disposable income, commencing with the pay period on or following entry of this order, until the entire judgment balance in the amount of $2,833.14, as of June 6, 2016, plus interest, has been paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

IT IS HEREBY FURTHER STIPULATED that all terms contained in the ORDER OF CONTINUING GARNISHMENT entered April 13, 2015, docket # 18, other than those changed

herein, remain in full force and effect.

June 7, 2016

PHYLLIS A. PIPPINS aka PHYLLIS ROBERSON

June 7, 2016

Michael Cosentino, Counsel for United States

**IT IS SO ORDERED.**

Dated:  June 15, 2016

Maria-Elena James
UNITED STATES MAGISTRATE JUDGE