1 | MICHAEL COSENTINO, State Bar No. 83253
  | Attorney at Law
2 | P.O. Box 129
  | Alameda, CA  94501
3 |
  | Telephone:  (510) 523-4702
4 | Facsimile:   (510) 747-1640

5 | Attorney for Plaintiff
  | United States of America
6
7
8 |             IN THE UNITED STATES DISTRICT COURT
9 |           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,      NO.  C-88-3570 M MEJ
12 |        Plaintiff,
   | v.
13 |                                STIPULATED ORDER OF
   | PHYLLIS A. PIPPINS aka         CONTINUING GARNISHMENT
14 | PHYLLIS ROBERSON,              AMENDING ORDER OF CONTINUING
   |                                GARNISHMENT ENTERED
15 |        Defendant,              APRIL 13, 2015, docket # 18
16 |   and
17 | THE ARC OF ALAMEDA COUNTY,
18 |        Garnishee.         /

19      IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of
20 America, and Judgment Debtor, PHYLLIS A. PIPPINS aka PHYLLIS ROBERSON, that
21 garnishee, THE ARC OF ALAMEDA COUNTY, withhold $100.00 from each bi-weekly pay
22 period from Judgment Debtor's non-exempt disposable income, commencing with the pay
23 period on or following entry of this order, until the entire judgment balance in the amount of
24 $2,833.14, as of June 6, 2016, plus interest, has been paid in full or until the garnishee no
25 longer has custody, possession or control of any property belonging to the debtor or until
26 further Order of this court.
27      IT IS HEREBY FURTHER STIPULATED that all terms contained in the ORDER OF
28 CONTINUING GARNISHMENT entered April 13, 2015, docket # 18, other than those changed

STIPULATED GARNISHMENT ORDER, US v. PIPPINS-ROBERSON , CAND # C88-3570 M MEJ        1

1 | herein, remain in full force and effect.
2 | June 7, 2016
   | _____
   | PHYLLIS A. PIPPINS aka PHYLLIS ROBERSON
3 |
4 | June 7, 2016
   | _____
   | Michael Cosentino, Counsel for United States

**IT IS SO ORDERED.**

Dated: June 15, 2016
_____
Maria-Elena James
UNITED STATES MAGISTRATE JUDGE